# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

_____
JONATHAN LEE RICHES ,

       Petitioner,

   v.

JANIS KARPINSKI, JEREMY SIVITS,
SABRINA HARMAN, MEGAN AMBUHL,
LYNNDIE ENGLAND, CHARLES GRANER,
IVAN FREDERICK, JAVAL DAVIS and
FCI WILLIAMSBURG,

       Respondents.
_____
JONATHAN LEE RICHES,

       Petitioner,

   v.

IAN BAKER-FINCH, BOBBY
CLAMPETT and BUREAU OF PRISONS,

       Respondents.

**JUDGMENT IN A CIVIL CASE**

Case No.: 08-cv-347-bbc

Case No.: 08-cv-346-bbc

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

    These cases are dismissed against respondents.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ M. Hardin
_____
**by Deputy Clerk**

_____6/25/08_____
Date